# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Tamara Lee Garcia <br> *Plaintiff* <br> v. <br> Carolyn W Colvin <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 4:16-cv-05028-RHW <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 17, is DENIED. Defendant's Motion for Summary Judgment, ECF No. 19, is GRANTED. Judgment in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Robert H. Whaley on a Plaintiff's Motion for Summary Judgment, ECF No. 17, DENIED. Defendant's Motion for Summary Judgment, ECF No. 19, GRANTED.

Date: 3/7/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler